Per Curiam.

(No. 74-CC-337—Claimant )

Instant Printing Corporation, Claimant, *vs.* State of Illinois, Office of the Lieutenant Governor, Respondent.

*Opinion filed April 11, 1974.*

Instant Printing Corporation, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-407—Claimant )

Harry Burge, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 11, 1974.*

Harry Burge, Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.